Chris
Copyright Department
Go Daddy Operating Company, LLC
CopyrightClaims@GoDaddy.com

**Customer Inquiry**

DOMAIN: MANPOWERGROUP.TODAY COMPLAINANT: Full Name: John Bathke Company Name: IpHorgan Ltd. Street Address: 195 Arlington Heights Rd, Ste 125 City/State/Country: Buffalo Grove, IL United States Phone: 8478085500 Email: jbathke@iphorgan.com COPYRIGHT INFO: Copyright Owner Name: ManpowerGroup Inc. Description of Copyrighted work(s): We previously reported this domain: manpowergroup.today since it was previously redirecting the site to manpowergroup.com and was using the site for fraudulent purposes. Now the scammer has relaunched a new website. On this website, the scammer has blatantly copied the Manpower logo. Manpower has a copyright in this work and a copyright registration. We attach that information here. We respectfully request that this site be taken down and that the scammer's account be deactivated. Original work(s) attached. INFRINGEMENT DETAILS: URL of Infringement: manpowergroup.today Identification of Infringement: The domain www.manpowergroup.today now has Manpower's logo copied on the website. Manpower has a copyright registration in this work. GoDaddy is the registrar for this domain and the host for the site. CONFIRMATIONS: I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. Under penalty of perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed The information in this notification is accurate. I understand that, pursuant to 17 U.S.C. § 512(f), any person who knowingly materially misrepresents that material or activity is infringing may be liable for damages, including costs and attorneys' fees. Digital Signature: John Bathke CLAIM ID: 2238692

If you need further assistance with this matter, please reply to this email and reference [Incident ID: 36658001].

Kindest regards,
Trademark & Copyright Claims

Copyright © 2018. All rights reserved.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-694-735**

**Effective date of registration:**

July 20, 2009

---

## Title
**Title of Work:** Untitled

## Completion/Publication
**Year of Completion:** 2005
**Date of 1st Publication:** February 21, 2006     **Nation of 1st Publication:** United States

## Author
- **Author:** Wolff Olins Limited
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Manpower Inc.
100 Manpower Place, Milwaukee, WI 53212
**Transfer Statement:** By written agreement

## Certification
**Name:** Sean S. Swidler, Esq.
**Date:** July 20, 2009
**Applicant's Tracking Number:** MAN 2983 US

---

**Correspondence:** Yes

**Registration #:** VA0001694735

**Service Request #:** 1-217486361

IpHorgan Ltd.
Attn: Sean Swidler
1130 Lake Cook Rd., Suite 240
Buffalo Grove, IL 60089

